

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Deborah Hayward, Appellant

No. 06-22-00053-CV     v.

Socorro Gomez, Appellee

Appeal from the 354th District Court of Hunt County, Texas (Tr. Ct. No. 88034). Opinion delivered by Chief Justice Stevens, Justice van Cleef and Justice Rambin participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Deborah Hayward, pay all costs incurred by reason of this appeal.

RENDERED FEBRUARY 7, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk